PD-0628&0629-15

No. 10-14-00314 CR;
10-14-00315-CR

LAMARCOS RASHUN LIGGINS

§
§
§
§
§
§
§
§

FILED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

V.

THE STATE OF TEXAS,

APPELEE

Denied
Order
7/30/15

IN THE COURT
OF APPEALS
FOR THE
TENTH JUDICIAL DISTRICT
WACO, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO FILE PETITION

APPELANT, LAMARCOS RASHUN LIGGINS, SEEKS AN EXTENSION OF TIME TO FILE HIS PRO SE PETITION FOR DISCRETIONARY REVIEW IN THIS APPEAL AND IN SUPPORT WOULD SHOW THE COURT:

APPELLANT TIMELY PERFECTED APPEAL FROM THE SEPTEMBER 29, 2014 JUDGEMENT OF THE TRIAL COURT.

APPELLANT SEEKS AN EXTENSION TO FILE HIS PETITION DUE JULY 27, 2015. APPELLANT IS CURRENTLY ON BENCH WARRANT IN THE WALKER COUNTY JAIL AND HAS NO ACCESS TO A LAW LIBRARY WHICH IS APPELLANT'S RIGHT, PURSUANT TO TEXAS CONSTITUTION AND UNITED STATES CONSTITUTION.

APPELLANT HAS NO KNOWLEDGE OF AN EXACT DATE AT WHICH HE WILL BE TRANSFERRED BACK TO TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND HAVE ACCESS TO A FULL AND PROPER LAW LIBRARY.

### PRAYER

FOR REASONS SET OUT HEREIN, APPELLANT PRAYS THE COURT GRANT AN EXTENSION TO FILE HIS PRO SE PETITION FOR DISCRETIONARY REVIEW.

Respectfully,

_____

LAMARCOS LIGGINS

#1964704 / #18068

Walker Co. Jail

655 FM 2821 Rd. W.

Huntsville, TX 77320

July 17, 2015